No. 88–341.  GILLIES v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 88–5002.  EASTHAM v. OKLAHOMA ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 88–5003.  PIROVOLOS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 88–5008.  LYNCH v. SEYBERT NICHOLAS PRINTING CORP. C. A. 2d Cir.  Certiorari denied.

No. 88–5010.  MARSHALL v. AMERICAN MOTORIST INSURANCE Co.  C. A. 5th Cir.  Certiorari denied.

No. 88–5012.  CARPENTER v. REED.  C. A. 10th Cir.  Certiorari denied.

No. 88–5013.  HAEDO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5016.  FEASTER v. MIKSCH ET AL.  C. A. 6th Cir. Certiorari denied.

No. 88–5018.  WREN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5019.  DOMBY v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 88–5020.  JACKSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5021.  WASHINGTON v. BUTLER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 88–5023.  SEAU v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–5025.  TOWNES v. THOMPSON, WARDEN.  Sup. Ct. Va. Certiorari denied.

No. 88–5026.  SHEWCHUN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5027.  PRENZLER v. ORANGE COUNTY BOARD OF SUPERVISORS.  C. A. 9th Cir.  Certiorari denied.